■ IRENE ROTELLA et al., Respondents, v WEGMANS FOOD MARKETS, INC., Appellant. (Appeal No. 2.) [735 NYS2d 448] —Order unanimously affirmed without costs. Same Memorandum as in *Rotella v Wegmans Food Mkts.* (289 AD2d 1014 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Centra, J.—22 NYCRR 202.48.) Present—Green, J. P., Pine, Hurlbutt, Kehoe and Gorski, JJ.